IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE LUIS GARZA, | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 5:17-cv-164 |
| VS. | § | |
| | § | |
| STATE FARM LLOYDS, AND | § | |
| RICARDO ALVARADO | § | |
| *Defendant.* | § | JURY DEMANDED |

## DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATE DISTRICT JUDGE:

Defendant STATE FARM LLOYDS ("State Farm") files this Notice of Removal to remove from the 49th Judicial District Court of Webb County, Texas to this Court a suit styled *Jose Luis Garza v. State Farm Lloyds,* and docketed under Cause No. 2017CVH001331 D1 (hereinafter referred to as the "State Court Action").

### STATEMENT OF JURISDICTIONAL BASIS FOR REMOVAL

1.  This Court has original diversity jurisdiction under 28 U.S.C.A. §1332(a)(1) and 28 U.S.C.A. § 1441(a).

2.  Under 28 U.S.C. §1446(a), venue of the removed action is proper in this Court as it is the district and division within which the State Court Action is pending.

### TIMELINESS OF NOTICE OF REMOVAL

3.  This Notice is timely under 28 U.S.C. § 1446(b). It is filed within 30 days after service of citation and Plaintiff's Original Petition on Defendant State Farm. Specifically, Plaintiff filed the State Court Action on June 19, 2017, and State Farm was served on July 31, 2017.

4. As required by 28 U.S.C. §1446(a) and Local Rule 81, true and correct copies of all process, pleadings, and orders in the State Court Action are attached hereto as *Exhibit A,* and a list of all counsel of record, including addresses, telephone numbers and parties represented is attached as *Exhibit B.*

## NATURE OF PLAINTIFF'S CASE AGAINST DEFENDANT

5. This suit involves a claim for property damage to Plaintiff's residence arising from a wind and/or hailstorm that is alleged to have occurred on or about March 18, 2016 in Webb County, Texas. State Farm is the insurer for Plaintiff. Plaintiff now sues State Farm for breach of contract, violations of Chapters 541 and 542 of the Texas Insurance Code, and breach of the duty of good faith and fair dealing.[1]

## JURISDICTIONAL BASIS FOR REMOVAL: DIVERSITY

6. Pursuant 28 U.S.C §1332(a)(1), this Court has diversity jurisdiction.

**A. Complete Diversity Exists**

7. Plaintiff is a citizen of Webb County, Texas as alleged in his Original Petition.

8. Defendant State Farm was, at the time this action commenced, and still is, a citizen of Illinois. State Farm is a "Lloyd's Plan" organized under Chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters who were, at the time this action commenced, and still are, all citizens and residents of Illinois, thereby making State Farm a citizen of Illinois for diversity purposes.[2] Therefore, complete diversity of citizenship exists between Plaintiff and Defendant State Farm.

---

[1] *See* Plaintiff's Original Petition attached hereto, at Section VII.
[2] *See Royal Ins. Co. of America v. Quinn-L Capital Corp.,* 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of its members).

9. Defendant Ricardo Alvarado was, at the time this action commenced, and still is, a resident of Ohio. Plaintiff's Original Petition incorrectly states that Defendant Ricardo Alvarado is a citizen of Texas.[3] Therefore, complete diversity of citizenship exists between Plaintiff and Alvarado. Defendant Alvarado has not been served as of this date.[4]

10. Therefore, complete diversity of citizenship exists between Plaintiff and Defendants State Farm and Ricardo Alvarado.

**B.    Amount in Controversy Met**

11. The amount in controversy is in excess of the jurisdictional minimum of $75,000.00, excluding interest and costs. 28 U.S.C.A §1332(a). Plaintiff "seeks monetary relief, over $100,000.00 but not more than $200,000.00, excluding interests and costs."[5] Plaintiff further pleads this case as governed by Discovery Level 3.[6]

## NOTICE SHALL BE PROVIDED

12. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Hidalgo County, Texas, where the State Court Action was previously pending.

## JURY DEMANDED BY PLAINTIFF

13. Plaintiff requested a trial by jury in the State Court Action.

---

[3] Plaintiff's Original Petition, at Section II.
[4] Plaintiff's Original Petition incorrectly states that Defendant Alvarado is a Texas citizen and may be served at PO Box 672041, Dallas, Texas. *See* Plaintiff's Original Petition, at ¶ 4. Plaintiff does not explain or otherwise reference how this PO Box in Dallas is connected to Alvarado. Regardless, service on Alvarado at this Dallas PO Box is invalid under the Texas long-arm statute. *See* Tex. Civ. Prac. & Rem. Code § 17.044.
[5] *Id.* at Section III.
[6] *Id.*, at Section I.

## CONCLUSION

WHEREFORE, Defendant State Farm Lloyds hereby requests removal of the case styled *Jose Luis Garza v. State Farm Lloyds;* Cause No. 2017CVH001331D1, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action, and for all other relief to which Defendant may be justly entitled.

Respectfully submitted,

By: */s/ Sarah Pierce Cowen*
Sarah Pierce Cowen
Federal ID No. 7973
State Bar No. 15997480
sarah@cowengarza.com
COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324

**ATTORNEY IN CHARGE FOR DEFENDANT STATE FARM LLOYDS**

Of Counsel:
Viola G. Garza
State Bar No. 00787518
Federal ID No. 19310
viola@cowengarza.com
COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the preceding, Defendant's Notice of Removal has been filed electronically with the Clerk of the Court and notice of this filing will be sent by operation of the Court's electronic filing system and by facsimile to the following CM/ECF participants on August 25, 2017

***VIA FACSIMILE: (713) 621-5900***
William T. Jones Jr.
bjones@GBTriallaw.com
Robert D. Green
green@greentriallaw.com
Daniel P. Barton
dbarton@bartonlawgroup.com
Roy J. Elizondo, III
relizondo@GBTriallaw.com
GREEN & BARTON
1201 Shepherd Drive
Houston, Texas 77007
Tel. (713) 227-4747

                                              */s/ Sarah Pierce Cowen*_____
                                              Sarah Pierce Cowen